Robert J. Gibson (#144974)
Email: hgibson@swlaw.com
Alina Amarkarian (#245470)
Email: aamarkarian@swlaw.com
SNELL & WILMER L.L.P.
600 Anton Boulevard, Suite 1400
Costa Mesa, CA 92626-7689
Telephone: (714) 427-7000
Facsimile: (714) 427-7799

Attorneys for Defendant
FORD MOTOR COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD HAYES ALBEE,<br><br>    Plaintiff,<br><br>v.<br><br>CONTINENTAL TIRE NORTH AMERICA, INC., An Ohio Corporation, and FORD MOTOR COMPANY, INC. a Delaware Corporation,<br><br>    Defendants. | CASE NO. 2:09-CV-01145-LKK-EFB<br><br>Honorable Lawrence K. Karlton<br>Courtroom No. 4<br><br>**ORDER RE STIPULATED PROTECTIVE ORDER**<br><br>DATE OF FILING: January 12, 2009<br>TRIAL DATE: January 11, 2011 |

## **ORDER**

Having considered the stipulation filed February 12, 2010, Dckt. No. 70, and good cause appearing therefore, it is so ordered.

Dated: February 19, 2010.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE