1  Robert J. Gibson (#144974)
   Email: hgibson@swlaw.com
2  Alina Amarkarian (#245470)
   Email: aamarkarian@swlaw.com
3  SNELL & WILMER L.L.P.
   600 Anton Boulevard, Suite 1400
4  Costa Mesa, CA  92626-7689
   Telephone: (714) 427-7000
5  Facsimile: (714) 427-7799

6  Attorneys for Defendant
   FORD MOTOR COMPANY
7

8              UNITED STATES DISTRICT COURT

9             EASTERN DISTRICT OF CALIFORNIA

10

11 DONALD HAYES ALBEE,                    CASE NO.  2:09-CV-01145-LKK-EFB

12              Plaintiff,                Honorable Lawrence K. Karlton
                                          Courtroom No. 4
13 v.
                                          **ORDER RE STIPULATED**
14 CONTINENTAL TIRE NORTH                 **PROTECTIVE ORDER**
   AMERICA, INC., An Ohio
15 Corporation, and FORD MOTOR
   COMPANY, INC. a Delaware              DATE OF FILING:  January 12, 2009
16 Corporation,                          TRIAL DATE:  January 11, 2011

17              Defendants.

18

19

20                      **ORDER**

21       Having considered the stipulation filed February 12, 2010, Dckt. No. 70, and

22 good cause appearing therefore, it is so ordered.

23 Dated:  February 19, 2010.

24

25 _____
   EDMUND F. BRENNAN
26 UNITED STATES MAGISTRATE JUDGE

27

28

---

Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000