UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD HAYES ALBEE,

          Plaintiff,

    v.

CONTINENTAL TIRE NORTH AMERICA, INC., An Ohio Corporation, and FORD1 MOTOR COMPANY, INC., a Delaware Corporation,

          Defendants.
_____/

NO. CIV. S-09-1145 LKK/EFB

O R D E R

        Pursuant to the telephone conference held on February 25, 2010, the scheduling order is AMENDED as follows:

    1.   All discovery shall be conducted so as to be completed no later than June 7, 2010;

    2.   Parties shall exchange expert designations by no later than April 5, 2010;

    3.   All Law and Motion matters shall be filed so as to be heard no later than July 7, 2010;

////

1

1    4.   The final pretrial conference is set for October 12,
2         2010 at 2:00 p.m.;
3    5.   The jury trial is estimated for fifteen days, and is set
4         for January 11, 2011.
5    IT IS SO ORDERED.
6    DATED:  March 1, 2010.

*[signature]*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2