IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD HAYES ALBEE,

    Plaintiff,

vs.

CONTINENTAL TIRE NORTH AMERICA,
FORD MOTOR COMPANY, INC.,

    Defendants.

No. CIV S-09-1145 LKK EFB

ORDER

On March 17, 2010, the court heard (1) plaintiff's motion to compel defendant Continental Tire North America, Inc. ("CTNA") to respond to certain interrogatories and certain requests for production of documents, Dckt. Nos. 41 and 63[1]; (2) plaintiff's motion to compel Ford Motor Company, Inc. ("Ford") to respond to certain requests for production of documents, Dckt. No. 66; (3) plaintiff's motion to compel CTNA regarding plaintiff's Fed. R. Civ. P. 30(b)(6) deposition notice to CTNA, Dckt. No. 67; and (4) CTNA's motion for a protective order regarding plaintiff's Fed. R. Civ. P. 30(b)(6) deposition notice to CTNA, Dckt. No. 69.

////

---

[1] This motion was originally heard on January 27, 2010. At that hearing, the parties were instructed to further meet and confer and to file a revised joint statement regarding the matters they were unable to resolve. *See* Dckt. Nos. 59, 72.

1

Attorneys W. Randolph Barnhart and Robert Williams appeared at the hearing on behalf of plaintiff; attorney Anthony Latiolait appeared on behalf of defendant CTNA; and attorney Daniel Rodman appeared on behalf of Ford. As stated on the record, and for the reasons stated on the record, each of the motions is granted in part and denied in part. All discovery responses required by that ruling shall be produced on or before April 1, 2010.

Additionally, plaintiff's request to seal his Exhibits 6 and 6g to the original joint statement regarding plaintiff's motion to compel CTNA to respond to interrogatories and to produce documents, Dckt. Nos. 50 and 55; CTNA's request to seal its Exhibit E to the joint statement regarding CTNA's motion for a protective order, Dckt. Nos. 78 and 79; and plaintiff's request to seal his Exhibit J to the joint statement regarding plaintiff's motion to compel CTNA as to the Fed. R. Civ. P. 30(b)(6) deposition notice, Dckt. Nos. 75 and 80, are granted. The Clerk's Office shall file those documents under seal.

Finally, CTNA's request to strike its Exhibit 6 to the joint statement regarding CTNA's motion for a protective order, Dckt. Nos. 81 and 87, is granted. The Clerk's Office shall strike that exhibit from the record, and CTNA shall redact the confidential portions and re-file the exhibit not later than March 22, 2010.

SO ORDERED.

DATED: March 18, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE