1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DONALD HAYES ALBEE,

11          Plaintiff,                          No. CIV S-09-1145 LKK EFB

12       vs.

13   CONTINENTAL TIRE NORTH AMERICA,
     FORD MOTOR COMPANY, INC.,
14
            Defendants.                         ORDER
15   _____/

16          On March 17, 2010, the court heard (1) plaintiff's motion to compel defendant

17   Continental Tire North America, Inc. ("CTNA") to respond to certain interrogatories and certain

18   requests for production of documents, Dckt. Nos. 41 and 63[1]; (2) plaintiff's motion to compel

19   Ford Motor Company, Inc. ("Ford") to respond to certain requests for production of documents,

20   Dckt. No. 66; (3) plaintiff's motion to compel CTNA regarding plaintiff's Fed. R. Civ. P.

21   30(b)(6) deposition notice to CTNA, Dckt. No. 67; and (4) CTNA's motion for a protective

22   order  regarding plaintiff's Fed. R. Civ. P. 30(b)(6) deposition notice to CTNA, Dckt. No. 69.

23   ////

24

25          [1]  This motion was originally heard on January 27, 2010.  At that hearing, the parties
     were instructed to further meet and confer and to file a revised joint statement regarding the
26   matters they were unable to resolve.  *See* Dckt. Nos. 59, 72.

1   Attorneys W. Randolph Barnhart and Robert Williams appeared at the hearing on behalf of

2   plaintiff; attorney Anthony Latiolait appeared on behalf of defendant CTNA; and attorney Daniel

3   Rodman appeared on behalf of Ford.  As stated on the record, and for the reasons stated on the

4   record, each of the motions is granted in part and denied in part.  All discovery responses

5   required by that ruling shall be produced on or before April 1, 2010.

6        Additionally, plaintiff's request to seal his Exhibits 6 and 6g to the original joint

7   statement regarding plaintiff's motion to compel CTNA to respond to interrogatories and to

8   produce documents, Dckt. Nos. 50 and 55; CTNA's request to seal its Exhibit E to the joint

9   statement regarding CTNA's motion for a protective order, Dckt. Nos. 78 and 79; and plaintiff's

10  request to seal his Exhibit J to the joint statement regarding plaintiff's motion to compel CTNA

11  as to the Fed. R. Civ. P. 30(b)(6) deposition notice, Dckt. Nos. 75 and 80, are granted.  The

12  Clerk's Office shall file those documents under seal.

13       Finally, CTNA's request to strike its Exhibit 6 to the joint statement regarding CTNA's

14  motion for a protective order, Dckt. Nos. 81 and 87, is granted.  The Clerk's Office shall strike

15  that exhibit from the record, and CTNA shall redact the confidential portions and re-file the

16  exhibit not later than March 22, 2010.

17       SO ORDERED.

18  DATED:  March 18, 2010.

19  EDMUND F. BRENNAN
    UNITED STATES MAGISTRATE JUDGE

20

21

22

23

24

25

26