IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD HAYES ALBEE,

    Plaintiff,　　　　　　　　　　　　No. CIV S-09-1145 LKK EFB

vs.

CONTINENTAL TIRE NORTH AMERICA,
FORD MOTOR COMPANY, INC.,

    Defendants.　　　　　　　　　　　ORDER
_____/

    On April 6, 2010, plaintiff filed a motion to enforce a discovery order issued by the undersigned on March 17, 2010, or in the alternative, for sanctions. Dckt. No. 99. However, a motion for reconsideration of the discovery order plaintiff seeks to enforce is currently pending before the assigned district judge. Dckt. No. 98. Therefore, plaintiff's motion is denied without prejudice. After a ruling from the district judge, plaintiff may re-file the motion if necessary.

    SO ORDERED.

DATED: April 8, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE