UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD HAYES ALBEE,

        Plaintiff,

    v.

CONTINENTAL TIRE NORTH AMERICA, INC., An Ohio Corporation, and FORD1 MOTOR COMPANY, INC., a Delaware Corporation,

        Defendants.

                                NO. CIV. S-09-1145 LKK/EFB

                                O R D E R

/

    On April 1, 2010, defendant Continental Tire North America, Inc. ("CTNA") filed an application to this court to reconsider the Magistrate Judge's March 18, 2010 discovery order. CTNA also requests that this court set the application for oral argument. On April 8, 2010, plaintiff filed an opposition to this application.

    For the foregoing reasons, the court orders as follows:

    (1)  Defendant CTNA's application shall be heard on April 26, 2010 at 10:00 a.m.

////

1

1   (2)   Defendant CTNA may file a reply, if any, seven (7) days
2         prior to the hearing.
3   IT IS SO ORDERED.
4   DATED:  April 9, 2010.

                              _____
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT