UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD HAYES ALBEE,

         Plaintiff,

    v.

CONTINENTAL TIRE NORTH AMERICA, INC., An Ohio Corporation, and FORD1 MOTOR COMPANY, INC., a Delaware Corporation,

         Defendants.
_____/

NO. CIV. S-09-1145 LKK/EFB

O R D E R

On April 27, 2010, the court ordered defendant Continental Tire North America, Inc. ("Continental Tire") to produce certain discovery by May 18, 2010. On May 13, 2010, Continental Tire filed an application for an extension of time to produce this discovery. Continental Tire seeks an extension until June 8, 2010. It explains that it did not adequately estimate the amount of time necessary to produce the documents at the hearing held on April 26, 2010. Plaintiff informed court staff that he does not oppose the extension of time.

1

1      For the foregoing reasons the court orders that Continental
2 Tire's application, Dkt. No. 106., is GRANTED.
3      The court further ORDERS that plaintiff shall file a proposed
4 modification of the scheduling order by June 15, 2010.
5      IT IS SO ORDERED.
6      DATED: May 18, 2010.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2