UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| DONALD HAYES ALBEE, | ) Case No: 2:09-cv-01145-LKK-EFB |
| Plaintiff, | ) |
| | ) ORDER GRANTING PLAINTIFF'S |
| v. | ) APPLICATION FOR EXTENSION OF TIME TO COMPLY WITH THE COURT'S MAY 18, 2010 ORDER |
| CONTINENTAL TIRE NORTH AMERICA, INC., an Ohio corporation and FORD MOTOR COMPANY, INC., a Delaware corporation, | ) |
| Defendants. | ) |

THE COURT, being fully advised,

HEREBY GRANTS Plaintiff Donald Hayes Albee's Application for Extension of Time to Comply with the Court's May 18, 2010 Order. Plaintiff Donald Hayes Albee now has up to and including seven (7) days from delivery of Defendant Continental Tire North America, Inc. documents or June 28, 2010 to file a modification to the Scheduling Order.

Dated this 18th day of June, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1