UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD HAYES ALBEE,

          Plaintiff,

    v.

CONTINENTAL TIRE NORTH AMERICA, INC., An Ohio Corporation, and FORD1 MOTOR COMPANY, INC., a Delaware Corporation,

          Defendants.

                           NO. CIV. S-09-1145 LKK/EFB

                            O R D E R

/

    A status conference is SET in the above-captioned matter for Monday, July 12, 2010 at 3:00 p.m.  This conference will concern amendment to the scheduling order.  Plaintiff has already filed a proposed amended schedule.  Defendants Continental Tire North America, Inc. and Ford Motor Company, Inc. SHALL file updated status reports no later than Wednesday, July 7.  Defendants may choose to file a joint report, and may limit their report(s) to discussion of future scheduling in this case.  Counsel for all
////

1

1 parties may appear for this conference telephonically.
2       IT IS SO ORDERED.
3       DATED: July 1, 2010.

```
                         _____
                         LAWRENCE K. KARLTON
                         SENIOR JUDGE
                         UNITED STATES DISTRICT COURT
```