UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD HAYES ALBEE,

        Plaintiff,

    v.

CONTINENTAL TIRE NORTH AMERICA, INC., An Ohio Corporation, and FORD1 MOTOR COMPANY, INC., a Delaware Corporation,

        Defendants.
_____/

NO. CIV. S-09-1145 LKK/EFB

O R D E R

Pursuant to the telephone conference held on July 9, 2010 the scheduling order is AMENDED as follows:

1. All discovery shall be conducted so as to be completed no later than October 30, 2010;

2. All Law and Motion matters shall be filed so as to be heard no later than January 4, 2011;

3. The final pretrial conference is set for April 4, 2011 at 2:30 p.m.;

////

1

4. The jury trial is estimated for fifteen days, and is set for July 6, 2011.

IT IS SO ORDERED.

DATED: July 13, 2010.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT