**YOKA & SMITH, LLP**
**777 South Figueroa Street, Suite 4200**
**Los Angeles, California 90017**
**Phone:  (213) 427-2300**
**Fax:       (213) 427-2330**
**bhenry@yokasmith.com**

WALTER M. YOKA, Bar #94536; ANTHONY F. LATIOLAIT, Bar # 132378; BRET R. HENRY, Bar #244868
Attorneys for Defendant, CONTINENTAL TIRE NORTH AMERICA, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD HAYES ALBEE<br><br>                    Plaintiff,<br><br>  vs.<br><br>CONTINENTAL TIRE NORTH AMERICA, INC., An Ohio Corporation, and FORD MOTOR COMPANY, INC. a Delaware Corporation,<br><br>                    Defendants. | Case No.: **2:09-CV-01145-LKK-EFB**<br><br>**STIPULATION FOR THE DISMISSAL OF PLAINTIFF'S CLAIM FOR PUNITIVE DAMAGES AGAINST DEFENDANT CONTINENTAL TIRE NORTH AMERICA, INC.** |

TO THE HONORABLE COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

IT IS HEREBY STIPULATED by and between plaintiff, by and through his attorneys of record, W Randolph Barnhart, PC and defendant Continental Tire North America, Inc. ("CTNA") by and through its attorneys of record, Yoka & Smith, LLP, as follows:

1

STIPULATION FOR THE DISMISSAL OF PLAINTIFF'S CLAIM FOR PUNITIVE DAMAGES AGAINST DEFENDANT CONTINENTAL TIRE NORTH AMERICA, INC.

254933.1

1. Plaintiff agrees to the dismissal, without prejudice, of his claim for punitive damages against CTNA as reflected in Count 5, paragraphs 41-45, and the prayer for relief in the Complaint (Docket No. 1);

DATED: October 6, 2010                     W. RANDOLPH BARNHART, PC

                                            BY: /s/_____
                                                 RANDOLPH BARNHART
                                            Attorneys for Plaintiff,
                                            DONALD HAYES ALBEE

DATED: October 7, 2010                     YOKA & SMITH, LLP

                                            BY: /s/_____
                                                 WALTER M. YOKA
                                                 ANTHONY F. LATIOLAIT
                                                 BRET R. HENRY
                                            Attorneys for Defendant,
                                            CONTINENTAL TIRE NORTH
                                            AMERICA, INC.

**IT IS SO ORDERED:**

Dated:   October 12, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2
STIPULATION FOR THE DISMISSAL OF PLAINTIFF'S CLAIM FOR PUNITIVE DAMAGES AGAINST DEFENDANT CONTINENTAL TIRE NORTH AMERICA, INC.
254933.1