UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD HAYES ALBEE,

        Plaintiff,

    v.

CONTINENTAL TIRE NORTH AMERICA, INC., An Ohio Corporation, and FORD1 MOTOR COMPANY, INC., a Delaware Corporation,

        Defendants.

                        NO. CIV. S-09-1145 LKK/EFB

                        O R D E R

/

On November 22, 2010, defendant Continental Tire North America Inc. ("Continental") filed an application to file Exhibit A to its motion to exclude plaintiff's retained expert, Troy Cottles, under seal. ECF No. 150. There is a strong presumption in favor of public access to documents filed in connection with dispositive motions, and this presumption weighs against sealing such documents. Kamakana v. City & County of Honolulu, 447 F.3d 1172, 1178 (9th Cir. 2006). In the context of a dispositive motion, "the district court must base its decision [to seal materials] on a compelling

1

1 reason and articulate the factual basis for its ruling, without
2 relying on hypothesis or conjecture." <u>Foltz v. State Farm Mut.</u>
3 <u>Auto. Ins. Co.</u>, 331 F.3d 1122, 1135 (9th Cir. 2003).
4     For the foregoing reasons, the Court tentatively GRANTS
5 defendant Continental's application. Continental is cautioned,
6 however, that this sealing is tentative. <u>Kamakana</u>, 447 F.3d at
7 1186. The Court will revisit whether these documents should be
8 permanently sealed at a later time, when it is possible to perform
9 the fact specific analysis required by <u>Foltz</u>.
10     IT IS SO ORDERED.
11     DATED: November 30, 2010.

*(signature)*

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2