UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD HAYES ALBEE,

          Plaintiff,

    v.

CONTINENTAL TIRE NORTH AMERICA, INC., An Ohio Corporation, and FORD1 MOTOR COMPANY, INC., a Delaware Corporation,

          Defendants.

                                      NO. CIV. S-09-1145 LKK/EFB

O R D E R

Pending in the above-captioned case is a motion for summary judgment by Ford Motor Company, a motion to amend the complaint by plaintiff Albee, and two motions to exclude plaintiff's expert witness by Continental Tire North America. All of these motions are set for hearing on December 20, 2010. The court does not find oral argument necessary on the motion to amend the complaint (ECF No. 147), and the hearing on that matter is VACATED. The court CONTINUES the hearings on the motion for summary judgment (ECF No. 146) and the motions to exclude plaintiff's expert witness (ECF

1

1  Nos. 148, 149) to January 18, 2011 at 10:00 a.m. The deadline for
2  submission of parties' papers, if any, remains unchanged.
3      IT IS SO ORDERED.
4      DATED: December 9, 2010.

```
                              _____
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
```