UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD HAYES ALBEE,

        Plaintiff,

    v.

CONTINENTAL TIRE NORTH AMERICA, INC., An Ohio Corporation, and FORD1 MOTOR COMPANY, INC., a Delaware Corporation,

        Defendants.

                NO. CIV. S-09-1145 LKK/EFB

O R D E R

On March 14, 2011, the court held a status conference in the above captioned case. Pursuant to this conference, the court CONTINUES the pretrial conference, which is currently set for April 4, 2011 at 2:30 p.m., to April 11, 2011 at 2:30 p.m. All other dates remain unchanged.

    IT IS SO ORDERED.

    DATED: March 15, 2011.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1