Robert F. Perez, Esq., CA #054301
Robert Gray Williams, Esq., CA #068033
PEREZ, WILLIAMS, MEDINA & RODRIGUEZ
1432 Divisadero
Fresno, California  93721
Telephone:   (559) 445-0123
Facsimile:    (559) 445-1753
E-mail:        lawyers@pwmfresno.com

W. Randolph Barnhart, Esq., CO #5186
Admitted *Pro Hac Vice*
W. RANDOLPH BARNHART, PC
50 South Steele Street, Suite 500
Denver, Colorado 80209
Telephone:        (303) 377-6700
Facsimile:         (303) 377-6705
E-mail:             rbarnhart@rbarnhartlaw.com

John B. Gsanger, Esq., TX #00786662
Admitted *Pro Hac Vice*
THE EDWARDS LAW FIRM
802 North Carancahua Street, Suite 1400
Corpus Christi, Texas  78401
Telephone:   (361) 698-7660
Facsimile:    (361) 698-7614
E-mail:        jgsanger@edwardsfirm.com

*ATTORNEYS FOR PLAINTIFF Donald D. Albee, as Conservator for the Person and Estate of DONALD HAYES ALBEE*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| Donald D. Albee, as Conservator for the Person and Estate of DONALD HAYES ALBEE,<br><br>Plaintiff,<br><br>v.<br><br>CONTINENTAL TIRE NORTH AMERICA, INC., an Ohio corporation and FORD MOTOR COMPANY, INC., a Delaware corporation,<br><br>Defendants. | Case No:  **2:09-cv-01145-LKK-EFB**<br><br>**STIPULATION AND ORDER**<br><br><br><br><br><br>Date of Filing:        January 12, 2009<br>Trial Date:             July 6, 2011 |

COMES NOW Donald D. Albee, as Conservator for the Person and Estate of Donald Hayes Albee ("Plaintiff") and Defendant Continental Tire North America, Inc. ("CTNA") by and through their respective counsel and enter the following Stipulation and Proposed Order:

1. Defendant CTNA began operating as Continental Tire the Americas, LLC, an Ohio Limited Liability Company with its principal place of business in South Carolina as of January 31, 2010.

2. Counsel for CTNA, Walter M. Yoka, and his law firm are also counsel for Continental Tire the Americas, LLC, an Ohio Limited Liability Company.

3. The parties have conferred and agreed there is no need to amend the caption in this matter because Continental Tire the Americas, LLC, an Ohio Limited Liability Company agrees that it will be bound by any judgment in this matter as if it had been a named party herein.

Wherefore, Plaintiff and CTNA and Continental Tire the Americas, LLC, an Ohio Limited Liability Company hereby agree and stipulate that any judgment entered herein against CTNA shall be deemed to be a judgment against Continental Tire the Americas, LLC, an Ohio Limited Liability Company and pray this Honorable Court to enter an Order hereon.

Dated this 15th day of April, 2011.

Respectfully submitted,

**W. RANDOLPH BARNHART, PC**

By: /s/ W. Randolph Barnhart
W. Randolph Barnhart, Esq.
Colorado Registration No. #5186

- - - - and - - - -

**PEREZ, WILLIAMS, MEDINA & RODRIGUEZ**
Robert F. Perez, Esq., #054301
Robert Gray Williams, Esq., #068033

- - - - and - - - -

|   |   |
|---|---|
| 1 | **THE EDWARDS LAW FIRM** |
|   | John B. Gsanger, Esq. |
| 2 | Texas Registration No. #00786662 |
| 3 | *Counsel for Plaintiff* |
| 4 | *DONALD HAYES ALBEE* |

**YOKA & SMITH, LLP**

By:   /s/ Walter M. Yoka
      Walter M. Yoka, Esq.

- - - - and - - - -

**HARTLINE, DACUS, BARGER, DREYER & KERN, L.L.P.**
Scott G. Edwards, Esq.

*Counsel for Defendant CONTINENTAL TIRE NORTH AMERICA, INC. and Continental Tire the Americas, LLC, an Ohio Limited Liability Company*

**IT IS SO ORDERED.**

Dated:  April 18, 2011.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3