UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CLAIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| DONALD D. ALBEE, as Conservator for the Person and Estate of DONALD HAYES ALBEE,<br><br>      Plaintiff,<br><br>v.<br><br>CONTINENTAL TIRE NORTH AMERICA, INC., an Ohio Corporation; FORD MOTOR COMPANY, INC., a Delaware Corporation<br><br>      Defendants. | Case No. 2:09-CV-01145-LKK-EFB<br><br>ORDER GRANTING JOINT REQUEST FOR HEARING TO PROVE UP VETERAN'S ADMINISTRATION LIEN<br><br>Date:   May 9, 2011<br>Time:   10:00 a.m.<br>Courtroom:   4<br>Judge: Hon. Lawrence K. Karlton<br>Trial Date:   July 6, 2011 |

IT IS HEREBY ORDERED, that a hearing on this matter is to be held as scheduled for May 9, 2011 at 10:00 a.m. before the Honorable Lawrence K. Karlton in Courtroom 4 of this Court located at 501 "I" Street, Sacramento, California in which the Veteran's Administration and its representatives and/or counsel shall explain the calculation of and reasonableness of the amounts claimed by the Veteran's Administration, related to treatment provided to Plaintiff Donald H. Albee.  Plaintiff shall serve and subpoena the appropriate parties with the Veteran's Administration by April 27, 2011.  If plaintiff is unable to do so by this date, he shall notify the court and the hearing will be continued.

Dated: April 22, 2011

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT