UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD HAYES ALBEE,

          Plaintiff,

    v.

CONTINENTAL TIRE NORTH AMERICA, INC., An Ohio Corporation, and FORD1 MOTOR COMPANY, INC., a Delaware Corporation,

          Defendants.
                                 /

NO. CIV. S-09-1145 LKK/EFB

O R D E R

       On April 22, 2011, defendant Continental Tire North America Inc. ("Continental") filed a request to file several exhibits to its first motion in limine under seal. (Doc. No. 204) On June 6, 2011, the court will hear Continental's motion for a trial protective order as well as all parties' motions in limine.

       For the foregoing reasons, the Court TENTATIVELY GRANTS defendant Continental's request. (Doc. No. 204) Continental is cautioned, however, that this sealing is tentative. The Court will revisit whether these documents should be permanently sealed after

1

it has ruled on Continental's motion for a trial protective order. Continental shall submit the sealed documents to the Clerk of Court pursuant to L.R. 141(e)(2)(i).

IT IS SO ORDERED.

DATED: May 2, 2011.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2