1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DONALD HAYES ALBEE,

11           Plaintiff,                    No. CIV S-09-1145 MCE EFB

12        vs.

13   CONTINENTAL TIRE NORTH AMERICA,
     FORD MOTOR COMPANY, INC.,
14
             Defendants.                   ORDER
15   _____/

16          On May 25, 2011, the court heard defendant Continental Tire North America, Inc.'s

17   ("CTNA") motion for enforcement of the protective order issued in this case on August 24,

18   2009, and for sanctions.  Dckt. No. 222.  Attorney W. Randolph Barnhart appeared at the hearing

19   on behalf of himself and plaintiff; attorney John Gsanger appeared on behalf of himself and

20   plaintiff; attorney Don Heller appeared on behalf of respondent Troy Cottles; and attorney Bret

21   Henry appeared on behalf of defendant CTNA.  As stated on the record, and for the reasons

22   stated on the record, CTNA's motion and each party's request for expenses related to the motion

23   are denied.

24          SO ORDERED.

25   DATED:   May 26, 2011.

                                           _____
26                                         EDMUND F. BRENNAN
                                           UNITED STATES MAGISTRATE JUDGE