UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Donald D. Albee, as Conservator for the Person and Estate of DONALD HAYES ALBEE,**<br><br>        Plaintiff,<br><br>v.<br><br>**CONTINENTAL TIRE NORTH AMERICA, INC., an Ohio corporation and FORD MOTOR COMPANY, INC., a Delaware corporation,**<br><br>        Defendants. | Case No: **2:09-cv-01145-MCE-EFB**<br><br>ORDER APPROVING STIPULATION TO REOPEN DISCOVERY FOR THE LIMITED PURPOSE OF DEPOSING ONE OR MORE REPRESENTATIVES OF THE VETERAN'S ADMINISTRATION RE THE LIEN ASSERTED BY THE VETERAN'S ADMINISTRATION FOR REHABILITATION CARE PROVIDED TO DONALD HAYES ALBEE<br><br>Date of Filing:    January 12, 2009<br>Trial Date:        January 7, 2013 |

IT IS HEREBY ORDERED, that the STIPULATION of the parties to Reopen Discovery for the Limited Purpose of Deposing One or More Representatives of the Veteran's Administration Re the Lien Asserted by the Veteran's Administration for Rehabilitation Care Provided to Donald Hayes Albee is APPROVED.

Dated: June 13, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE