Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD D. ALBEE, as Conservator for the Person and Estate of DONALD HAYES ALBEE,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>CONTINENTAL TIRE NORTH AMERICA, INC., an Ohio Corporation, and FORD MOTOR COMPANY, INC. a Delaware Corporation,<br><br>　　　　　　　Defendants. | CASE NO. 2:09-CV-01145-MCE-EFB<br><br>**ORDER ON FORD MOTOR COMPANY'S REQUEST FOR TELEPHONIC APPEARANCE AT HEARING ON DEFENDANT CONTINENTAL TIRE NORTH AMERICA, INC.'S MOTION TO STRIKE UNTIMELY AND IMPROPER SUPPLEMENTAL RULE 26 REPORT BY PLAINTIFF'S EXPERT, TROY COTTLES**<br><br>Honorable Morrison C. England, Jr.<br>Courtroom No. 7<br><br>Date:　September 20, 2012<br>Time:　2:00 p.m.<br><br>DATE OF FILING:　January 12, 2009<br>TRIAL DATE:　　　January 7, 2013 |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1  The request of Defendant Ford Motor Company that its counsel appear
2  telephonically at the September 20, 2012 hearing on Defendant Continental Tire
3  North America, Inc.'s Motion to Strike Untimely and Improper Supplemental Rule
4  26 Report by Plaintiff's Expert, Troy Cottles is hereby GRANTED.
5  IT IS SO ORDERED.

Dated:  August 30, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE