Robert F. Perez, Esq., CA #054301
Robert Gray Williams, Esq., CA #068033
PEREZ, WILLIAMS, MEDINA & RODRIGUEZ
1432 Divisadero
Fresno, California  93721
Telephone:    (559) 445-0123
Facsimile:    (559) 445-1753
E-mail:       lawyers@pwmfresno.com

W. Randolph Barnhart, Esq., CO #5186 - Admitted *Pro Hac Vice*
Dorothy H. Dean, Esq., #133898
W. RANDOLPH BARNHART, PC
50 South Steele Street, Suite 500
Denver, Colorado 80209
Telephone:        (303) 377-6700 / Facsimile:  (303) 377-6705
E-mail:       rbarnhart@rbarnhartlaw.com /ddean@rbarnhartlaw.com

John B. Gsanger, Esq., TX #00786662 - Admitted *Pro Hac Vice*
THE EDWARDS LAW FIRM
802 North Carancahua Street, Suite 1400
Corpus Christi, Texas  78401
Telephone:    (361) 698-7660 / Facsimile:  (361) 698-7614
E-mail:       jgsanger@edwardsfirm.com

*Counsel for PLAINTIFF Donald D. Albee, as Conservator for the Person and Estate of DONALD HAYES ALBEE*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| **Donald D. Albee, as Conservator for the Person and Estate of DONALD HAYES ALBEE,**<br><br>    **Plaintiff,**<br><br>**v.**<br><br>**CONTINENTAL TIRE NORTH AMERICA, INC., an Ohio corporation and FORD MOTOR COMPANY, INC., a Delaware corporation,**<br><br>    **Defendants.** | Case No:  **2:09-cv-01145-MCE-EFB**<br><br>**PLAINTIFF'S NOTICE OF SETTLEMENT OF CLAIMS AGAINST CONTINENTAL TIRE NORTH AMERICA, INC. AND FORD MOTOR COMPANY, INC.**<br><br>**Honorable Morrison C. England, Jr.**<br>**Courtroom No. 7**<br><br>**Date of Filing:      January 12, 2009**<br>**Trial Date:           January 7, 2013** |

1

Plaintiff Donald D. Albee, as Conservator for the Person and Estate of Donald Hayes Albee (herein "Plaintiff") and Defendant Continental Tire North America, Inc. and Defendant Ford Motor Company, Inc. (herein collectively "Defendants") respectfully submit this Notice of Settlement and inform the Court as follows:

1.    Plaintiff has reached an Agreement with Defendants to resolve all claims against Defendants.

2.    Plaintiff is the Conservator of the person and estate of Donald Hayes Albee.  Counsel for Plaintiff is preparing pleadings in the Conservatorship Court in Placer County,  California, seeking approval of the settlement and its terms.  The parties do not know how long that Court will take to decide the issues presented.

3.    The parties will finalize a Confidential Settlement Agreement and will be filing a Notice of Dismissal with the Court after the Settlement has been approved in the Conservatorship.

4.    Because of the settlement there is no need for the Court to consider or rule on any pending motions.

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

2

PLAINTIFF'S NOTICE OF SETTLEMENT OF CLAIMS AGAINST CONTINENTAL TIRE NORTH AMERICA,
INC. AND FORD MOTOR COMPANY, INC.

1  Dated this 25th day of September, 2012.

2
3                                              Respectfully submitted,

4                         By:    /s/ W. Randolph Barnhart
5                                **W. RANDOLPH BARNHART, PC**
                                 W. Randolph Barnhart, Esq.
6                                Colorado Registration No. #5186
                                 Dorothy H. Dean, Esq., #133898
7
                                 - - - - and - - - -
8
9                                **PEREZ, WILLIAMS, MEDINA &
                                 RODRIGUEZ**
10                               Robert F. Perez, Esq., #054301
                                 Robert Gray Williams, Esq., #068033
11
                                 **THE EDWARDS LAW FIRM**
12                               John B. Gsanger, Esq.
                                 Texas Registration No. #00786662
13
14                               *Counsel for PLAINTIFF Donald D. Albee, as*
                                 *Conservator for the Person and Estate of*
15                               *DONALD HAYES ALBEE*

16
17
18
19
20
21
22
23
24
25
26
                                        3
27
28

**PROOF OF SERVICE**

I am employed in the County of Denver, State of Colorado, and my business address is 50 South Steele Street, Suite 500, Denver, Colorado 80209. I am over the age of 18 years and I am not a party to this action. I am readily familiar with the practices of W. RANDOLPH BARNHART, PC for the collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence is deposited with the United States Postal Service the same day in the ordinary course of business. On the date indicated below, I served the foregoing document(s), bearing the title(s) **PLAINTIFF'S NOTICE OF SETTLEMENT OF CLAIMS AGAINST CONTINENTAL TIRE NORTH AMERICA, INC. AND FORD MOTOR COMPANY, INC.** on the interested parties in the action as follows:

**SERVICE LIST**

| | |
|---|---|
| Walter M. Yoka, Esq.<br>Anthony F. Latiolait, Esq.<br>Bret R. Henry, Esq.<br>YOKA & SMITH, LLP<br>445 South Figueroa Street, 38th Floor<br>Los Angeles, California 90071<br>Telephone: (213) 427-2300<br>Facsimile: (213) 427-2330<br>E-mail: wyoka@yokasmith.com<br>alatiolait@yokasmith.com<br>bhenry@yokasmith.com | Robert J. Gibson, Esq.<br>Alina Mooradian, Esq.<br>SNELL & WILMER, L.L.P.<br>600 Anton Boulevard, Suite 1400<br>Costa Mesa, California 92626-7689<br>Telephone: (714) 427-7000<br>Facsimile: (714) 427-7799<br>E-mail: hgibson@swlaw.com<br>amooradian@swlaw.com<br><br>*Counsel for Defendant FORD MOTOR COMPANY* |
| Scott G. Edwards, Esq.<br>HARTLINE, DACUS, BARGER, DREYER &<br>KERN, L.L.P.<br>6688 North Central Expressway<br>Suite 1000<br>Dallas, Texas 75206<br>Telephone: (214) 346-3729<br>Facsimile: (214) 267-4229<br>E-mail: sedwards@hdbdk.com<br><br>*Counsel for Defendant CONTINENTAL TIRE NORTH AMERICA, INC.* | |

☒ **(BY E-FILING) (USDC)** I caused such document to be sent electronically to the Court via the CM/ECF system; electronic filing constitutes service upon the parties who have consented to electronic service.

☐ **(BY E-MAIL)** I caused such document to be sent electronic mail to the e-mails listed above.

4

☐ (**BY FACSIMILE**) I caused such document to be sent via facsimile to the facsimile numbers listed above.

☐ (**BY REGULAR MAIL**) I caused such envelopes to be deposited in the United States Mail at Denver, Colorado, with postage thereon fully prepaid.  I am readily familiar with the firm's practice of collection and processing of correspondence for mailing.  It is deposited with the United States Postal Service each day and that practice was followed in the ordinary course of business for the service herein attested to (C.C.P. § 1013(a)).

☒ I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on this 25th day of September, 2012 at Denver, Colorado.


By:     /s/ Teresa L. Marshall
        Teresa L. Marshall

5

PLAINTIFF'S NOTICE OF SETTLEMENT OF CLAIMS AGAINST CONTINENTAL TIRE NORTH AMERICA, INC. AND FORD MOTOR COMPANY, INC.