Robert G. Williams, #068033
lawyers@pwmfresno.com
Eric V. Grijalva, #264426
grijalva@pwmfresno.com
PEREZ, WILLIAMS, MEDINA & RODRIGUEZ
1432 Divisadero
Fresno, California 93721
(559) 445-0123 Telephone
(559) 265-4509 Fax

W. Randolph Barnhart, Esq., Colorado Registration No. 5186
W. RANDOLPH BARNHART, PC
50 South Steele Street, Suite 500
Denver, Colorado 80209
(303) 377-6700 Telephone
(303) 377-6705 Facsimile

Attorneys for Plaintiff DONALD HAYES ALBEE

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Donald D. Albee, as Conservator for the Person and Estate of DONALD HAYES ALBEE,<br><br>Plaintiff,<br><br>v.<br><br>CONTINENTAL TIRE NORTH AMERICA, INC., an Ohio corporation, and FORD MOTOR COMPANY, INC., a Delaware corporation,<br><br>Defendants. | Case No.: 2:09-CV-01145-MCE-EFB |

**ORDER TO FILE SETTLEMENT DOCUMENTS UNDER SEAL**

The Court having received and reviewed the Request to File Settlement Documents Under Seal filed by Plaintiff DONALD H. ALBEE, by and through the Conservator of the Person and Estate Donald D. Albee;

GOOD CAUSE APPEARING, the Court finds that the interest in protecting the confidentiality of the settlement overrides the interest of public access to the records.

THEREFORE,

IT IS HEREBY ORDERED that the Request to File Settlement Documents Under Seal, specifically requesting that Petition to Approve Compromise of Pending Action of a Person With a Disability, with all attached supporting documents, as filed under seal before the Superior Court of California, County of Placer, *In re Conservatorship of the Person and Estate of Danald Hayes Albee*, Case No. SPR5747, and the amended Order thereon ("the subject documents") be filed under seal, is granted and the subject documents are to be filed under seal with this Court.

IT IS HEREBY ORDERED that the hearing on the compromise petition, if necessary, be held in closed session and the record of the hearing be kept under seal.

IT IS HEREBY ORDERED that no other records aside from those mentioned herein above are to be filed under seal and no other person shall be authorized to inspect the sealed records absent further order of the Court.

Dated: December 6, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE