```
Robert Gray Williams, Esq., CA #068033
PEREZ, WILLIAMS, MEDINA & RODRIGUEZ
1432 Divisadero
Fresno, California  93721
Telephone:   (559) 445-0123
Facsimile:   (559) 265-4509
E-mail:      lawyers@pwmfresno.com

W. Randolph Barnhart, Esq., CO #5186
Admitted Pro Hac Vice
W. RANDOLPH BARNHART, PC
50 South Steele Street, Suite 500
Denver, Colorado 80209
Telephone:   (303) 377-6700
Facsimile:   (303) 377-6705
E-mail:      rbarnhart@rbarnhartlaw.com
```

*ATTORNEYS FOR PLAINTIFF Donald D. Albee, as Conservator for the Person and Estate of DONALD HAYES ALBEE*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

| | |
|---|---|
| Donald D. Albee, as Conservator for the Person and Estate of DONALD HAYES ALBEE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CONTINENTAL TIRE NORTH AMERICA, INC., an Ohio corporation and FORD MOTOR COMPANY, INC., a Delaware corporation,<br><br>　　　　Defendants. | Case No:  2:09-CV-01145-MCE-EFB<br><br>AMENDED STIPULATION OF DISMISSAL WITH PREJUDICE |

Plaintiff Donald D. Albee, as Conservator for the Person and Estate of DONALD HAYES ALBEE, and Defendants, CONTINENTAL TIRE NORTH AMERICA, INC., and FORD MOTOR COMPANY, hereby agree and stipulate, through their attorneys of record, that the above-captioned action, is hereby dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

1

Dated:  January 11, 2013          /s/Robert Gray Williams
                                  Robert Gray Williams, Esq.
                                  W. Randolph Barnhart, Esq.
                                  Attorneys for Plaintiff,
                                  Donald D. Albee, as Conservator for the Person and
                                  Estate of DONALD HAYES ALBEE


Dated: January 31, 2013           /s/Bret R. Henry
                                  Walter M. Yoka, Esq.
                                  Anthony F. Latiolait, Esq.
                                  Bret R. Henry, Esq.
                                  Attorneys for Defendant, CONTINENTAL TIRE
                                  NORTH AMERICA, INC.


Dated: January 9, 2013            /s/Robert J. Gibson
                                  Robert J. Gibson, Esq.
                                  Alina Amarkarian, Esq.
                                  Attorneys for Defendant, FORD MOTOR COMPANY

**PROOF OF SERVICE** – CCP § § 1013a, 2015.5

I declare that:

I am a resident of or employed in the County of Fresno, California. I am over the age of eighteen years and not a party to the within cause. My business address is 1432 Divisadero, Fresno, California 93721.

On January 31, 2013, I served the following document:

**STIPULATION OF DISMISSAL WITH PREJUDICE**

On the interested parties (see Service List) in said cause, in the following manner(s):

☒ (**BY E-FILING**) (**USDC**) I caused such document to be submitted electronically to the Court; electronic filing constitutes service upon the parties who have consented to electronic service.

☐ (**BY EMAIL**) I caused such document to be sent by electronic mail to the email address(es) listed below.

☐ (**BY FACSIMILE**) I caused the above-referenced document to be delivered by facsimile to the addressee(s) at the facsimile number herein listed below at the date and time stated. The document was transmitted via facsimile and the transmission report was completed without error.

☒ (**BY U.S. MAIL**) I am "readily familiar" with the business practice for collection and processing of correspondence for mailing and that the document listed above was placed in a sealed envelope with postage thereon fully prepaid and will be deposited with the United States Postal Service on the above date in the ordinary course of business at Fresno, California, addressed as set forth below.

☐ (**BY PERSONAL SERVICE**) I personally delivered to and left a true copy thereof for the person(s) at the address(es) herein listed below on the above date.

☐ (**BY PERSONAL DELIVERY BY MESSENGER**) I consigned the document listed above to a messenger to be personally delivered to the person(s) at the address(es) herein listed below on the above date.

☐ (**BY OVERNIGHT DELIVERY**) I placed a copy of the document listed above into an envelope bearing the name(s) and address(es) of the person(s) herein listed below to be delivered by commercial carrier for overnight delivery on the above date.

☒   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on this 31st day of January, 2013, at Fresno, California.

IVETTE PADILLA                                          /s/Ivette Padilla
    Print Name                                                       Signature

# SERVICE LIST

RE: *Albee v. CTNA, et al.*
United States District Court Action No. 2:09-CV-01145-MCE-EFB

| | |
|---|---|
| Walter M. Yoka, Esq.<br>Anthony F. Latiolait, Esq.<br>Bret R. Henry, Esq.<br>YOKA & SMITH, LLP<br>445 South Figueroa Street, 38th Floor<br>Los Angeles, California 90017<br>Telephone:   (213) 427-2300<br>Facsimile:   (213) 427-2330<br>E-mail:   wyoka@yokasmith.com<br>            alatiolait@yokasmith.com<br>            bhenry@yokasmith.com<br><br>*Counsel for Defendant CONTINENTAL TIRE NORTH AMERICA, INC.* | Robert J. Gibson, Esq.<br>Alina Amarkarian, Esq.<br>SNELL & WILMER, L.L.P.<br>600 Anton Boulevard, Suite 1400<br>Costa Mesa, California 92626-7689<br>Telephone: (714) 427-7000<br>Facsimile: (714) 427-7799<br>E-mail:   hgibson@swlaw.com<br>            aamarkarian@swlaw.com<br><br>*Counsel for Defendant FORD MOTOR COMPANY* |
| W. Randolph Barnhart, Esq.<br>W. RANDOLPH BARNHART, PC<br>50 South Steele Street, Suite 500<br>Denver, Colorado 80209<br>Telephone:(303) 377-6700<br>Facsimile: (303) 377-6705<br>E-mail:  rbarnhart@rbarnhartlaw.com<br>*Co-Counsel for Plaintiff Donald D. Albee, as Conservator for the Person and Estate of DONALD HAYES ALBEE* | |